# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**CHARLES EDWARD JONES SR.**                                **PLAINTIFF**
**ADC #144544**

v.                           No: 5:18-cv-00074 JM-PSH

**WENDY KELLEY,** *et al.*                                       **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Plaintiff's Objections are without merit.

IT IS THEREFORE ORDERED that:

1. Jones' motion for leave to proceed *in forma pauperis* (Doc. No. 3) is DENIED, and this case is DISMISSED WITHOUT PREJUDICE.

2. Jones' motion for reimbursement (Doc. No. 5) is DENIED.

3. Jones has thirty days to reopen the case by paying the $400 filing and administrative fees in full and filing a Motion to Reopen.

DATED this 3rd day of April, 2018.

                                                             UNITED STATES DISTRICT JUDGE